UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AARON STEEL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-3801** |
| **LOUISIANA STATE, ET AL** | **SECTION "B" (2)** |

### ORDER AND REASONS

Considering Aaron Steel's Objections (Rec. Doc. 11) to and the Magistrate Judge's Report and Recommendation (Rec. Doc. 10), the record, and law,

**IT IS ORDERED** that Steel's Objections (Rec. Doc. 11) are overruled and the Magistrate Judge's Report and Recommendation (Rec. Doc. 10) is hereby adopted as the opinion of the Court. Accordingly, the instant petition for § 2254 habeas corpus relief is **DISMISSED** as untimely filed.

New Orleans, Louisiana, this 7th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE